IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL OWEN,**                                                                                                     **PLAINTIFF**

v.                                **Case No. 4:22-cv-00433-KGB**

**CLARK, Sergeant, Pulaski County
Detention Center,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Daniel Owen's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 22nd day of August, 2022.

                                                                                                     Kristine G. Baker
                                                                                                     United States District Judge